McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Room 4401
Fresno, California  93721
Telephone:  (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-MJ-00231 GSA |
| ) | |
| Plaintiff, ) | |
| v.          ) | |
| ) | ORDER FOR DISMISSAL OF |
| DAVID JOSEPH DAVALOS, ARMANDO ) | COMPLAINT |
| CERVANTES, JOSE LUIS ARREDONDO ) | |
| and MARIO FRASCO AVILA, ) | |
| ) | |
| Defendants. ) | |
| ————————————————) | |
| ) | |
| ) | |

Pursuant to the motion by the United States, IT IS HEREBY

ORDERED that the Complaint filed herein be dismissed against

defendants DAVID JOSEPH DAVALOS, ARMANDO CERVANTES, JOSE LUIS

ARREDONDO and MARIO FRASCO AVILA, without prejudice and in the

interest of justice.

IT IS FURTHER ORDERED that the above named defendants are

hereby Ordered Release from Federal custody, forthwith.


DATED: October 3  , 2008        /s Sandra M. Snyder
                                HONORABLE SANDRA M. SNYDER
                                U.S. Magistrate Court Judge


1