McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Room 4401
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>      v.<br><br>DAVID JOSEPH DAVALOS, ARMANDO CERVANTES, JOSE LUIS ARREDONDO and MARIO FRASCO AVILA,<br><br>           Defendants. | 1:08-MJ-00231 GSA<br><br>ORDER FOR DISMISSAL OF COMPLAINT |

   Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed herein be dismissed against defendants DAVID JOSEPH DAVALOS, ARMANDO CERVANTES, JOSE LUIS ARREDONDO and MARIO FRASCO AVILA, without prejudice and in the interest of justice.

   IT IS FURTHER ORDERED that the above named defendants are hereby Ordered Release from Federal custody, forthwith.


DATED: <u>October 3  </u>, 2008        /s Sandra M. Snyder
                                      HONORABLE SANDRA M. SNYDER
                                      U.S. Magistrate Court Judge